JOHN T. HENDRICKS v. HURON M. CLEMENTS, Doing Business, etc.— Motion

denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.